IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| C. PETER WHITMER,<br><br>        Plaintiff(s),<br><br>v.<br><br>WORLD FINANCIAL NETWORK<br>NATIONAL BANK, et al.,<br><br>        Defendant(s). | ORDER ADOPTING REPORT &<br>RECOMMENDATION<br><br><br>Case No. 2:04CV567DAK |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge David Nuffer under 28 U.S.C. § 636(b)(1)(B). On March 2, 2006, Judge Nuffer issued a Memorandum Decision Order and Report and Recommendation, denying several motions that were filed after the previous Report and Recommendation and recommending that the Rule 58 and 68 Motion for Entry of Judgment Pursuant to Acceptance of Offers of Judgment; Rule 59 Motion for New Trial or Amend Order, filed August 19, 2005, be denied.

The Report and Recommendation also notified the parties that they had ten days after receipt of the Report and Recommendation to file any objections to it. No objection has been filed to the Report and Recommendation as of the date of this order.

The court has reviewed the file *de novo.* The court agrees with the Magistrate Judge's reasoning in both of his Reports and Recommendations. The court approves and adopts the

Magistrate Judge's Report and Recommendation in its entirety. Accordingly, this case is hereby DISMISSED.

    DATED this 20th day of March, 2006.

                                  BY THE COURT:

                                _____
                                DALE A. KIMBALL
                                United States District Judge